OFFICE OF DISCIPLINARY COUNSEL *v.* ACKER.

[Cite as *Disciplinary Counsel v. Acker* (1992), 62 Ohio St.3d 415.]

---

1. County auditors may appeal the commissioner's decision on the abstract under R.C. 5715.251.

(No. 91–1490—Submitted October 9, 1991—Decided February 5, 1992.)

*J. Warren Bettis,* Disciplinary Counsel, and *Harald F. Craig III,* for relator.

---

*Per Curiam.* Respondent's resignation was disciplinary in nature. We hereby indefinitely suspend respondent from December 11, 1990, until he is reinstated to the practice of law in the state of Maine. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.